IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STATE OF ARKANSAS                                                                    PLAINTIFF

v.                                  No. 4:24-cm-54-DPM

WILLIAM W. JOHNSON, JR.                                                       DEFENDANT

ORDER

Johnson has removed his pending criminal prosecution for second degree criminal mischief in the district court of Lonoke County (Ward division). *Doc. 1 at 1*; 28 U.S.C. § 1443. He also seeks to assert various civil and criminal claims under state and federal law.

As a threshold matter, the Court must determine whether it has jurisdiction. Johnson says that Lonoke County officials falsified documents, falsely arrested him, and are falsely imprisoning him. But claims that "the prosecution is assertedly a sham, corrupt, or without evidentiary basis" won't, on their own, satisfy the removal statute. *Johnson v. Mississippi*, 421 U.S. 213, 219 (1975). And Johnson doesn't say that race prompted the officials' actions. This Court therefore lacks removal jurisdiction.

Johnson's notice of removal, *Doc. 1*, is dismissed without prejudice to him making the various asserted civil claims in another case in state or federal court. This case is remanded to the District Court

of Lonoke County (Ward Division). Johnson's notice, *Doc. 2*, which the Court reads as a motion, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 October 2024